Form 201

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
226 S. Liberty Street
Winston−Salem, NC 27101

Bankruptcy Case No.:  17−50718

IN THE MATTER OF:
Timothy R. Harrison     xxx−xx−1047
340 Trexler Road
Salisbury, NC 28146

Debtor(s)

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

C. Edwin Allman III is discharged as trustee of the estate of the above named debtor.

The Chapter 7 case of the above named debtor is closed.

Dated: 10/4/17

Catharine R. Aron
United States Bankruptcy Judge